THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS FS CARD SERVICES, INC; FIRST ELETRONIC BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANSUNION, LLC, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: **'23CV0571 BEN WVG**<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441**<br><br>**[FEDERAL QUESTION JURISDICTION]** |

Pursuant to 28 U.S.C. § 1441 et seq., Defendant Equifax Information Services, LLC, ("Equifax") hereby files a Notice of Removal for the above-captioned action to this Court:

In further support of this Notice of Removal, Equifax states:

1. Equifax is a named Defendant in Civil Action No. *37-2023-000a$2F6-CU-NP-CTL* filed by Plaintiff Jeremy Griffin ("Plaintiff") in the Superior Court of California, County of San Diego (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court for the State of California, County of San Diego, on February 27, 2023. Defendant Equifax was served with the Complaint on March 2, 2023.

3. This Notice is being filed with this Court within thirty (30) days after Equifax received a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which

- 1 -

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL**

1  Plaintiffs' action is based. See 28 U.S.C. § 1446(b).

2      4.    The time period for filing a responsive pleading in the State Court Action has not
3  expired as of the filing of this Notice of Removal.

4      5.    This Court is the proper district court for removal because the State Court Action
5  is pending within this district.

6      6.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, record of
7  electronic filings with the Court, and orders in the State Court Action are attached hereto as Exhibit
8  A. To the best of Equifax's knowledge, no further proceedings, process, pleadings, orders, or other
9  papers have been filed or served in the State Court Action.

10     7.    The claims for relief alleged in the State Court Action arise under the Fair Credit
11 Reporting Act, 15 U.S.C. §§ 1681 et seq. Thus, this Court has subject matter jurisdiction over the
12 above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned
13 action may properly be removed to this United States District Court pursuant to 28 U.S.C. §
14 1441(a).

15     8.    Promptly after the filing of this Notice of Removal, Equifax shall provide notice of
16 the removal to Plaintiffs' attorney of record in the State Court Action, and shall file a copy of this
17 Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

18     9.    By filing this Notice of Removal, Equifax does not waive any defense to the
19 Complaint, including but not limited to lack of service, improper service, or lack of personal
20 jurisdiction.

21     WHEREFORE, Equifax notices the removal of this case to the United States
22 District Court for the Central District of California pursuant to 28 U.S.C. §1441 et seq.

23

24     Respectfully submitted this 30th day of March, 2023.

25

26     *[Signature on the Following Page]*

27

28

- 2 -

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOKES & QUINN

 /s/ *Thomas P. Quinn, Jr.*
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorney for Defendant Equifax Information Services LLC*

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL**